ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
  Social Security Administration
  Program Litigation 1
  Law & Policy
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: (510) 970-4818
  Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MARK,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Civil No. 2:25-cv-02641-EFB (SS)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

  The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

  1. Defendant's response to Plaintiff's Complaint is due currently November 17, 2025. Defendant has not previously requested an extension of this deadline.

  2. At the end of the day on September 30, 2025, the appropriations that were funding the Department of Justice expired and appropriations to the Department lapsed. The same was true for most Executive agencies, including federal defendant Social Security Administration (SSA). Funding was restored by Congress on November 12, 2025.

  3. Although the undersigned counsel and all staff are back working on Social Security cases as of November 13, 2025, the undesigned counsel has many remaining backlogs regarding obtaining,

reviewing and filing eCARs and other pressing deadlines resulting from the lapse in funding. We are currently working with our previously furloughed staff in order to work through the backlog.

    4.    Given this situation Defendant requests an extension of 60 days to respond to Plaintiff's Complaint.

    5.    Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

    6.    This request is made in good faith and is not intended to delay the proceedings in this matter.

    WHEREFORE, Defendant requests until January 16, 2026, respond to Plaintiff's Complaint.

    `    Respectfully submitted,

Date: November 14, 2025    By:    *s/ Margaret Lehrkind*
    Margaret Lehrkind
    Lehrkind Law Office
    Attorney for Plaintiff
    (*as authorized by email)

Date: November 14, 2025    ERIC GRANT
    United States Attorney
    MATHEW W. PILE
    Head of Program Litigation 1
    By:    *s/ Oscar Gonzalez de Llano*
    OSCAR GONZALEZ de LLANO
    Special Assistant United States Attorney
    Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: November 17, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE